PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

      vs.

Michael St Pierre                      Docket No. 0101 1:24CR10281

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

The undersigned U.S. Probation and Pretrial Services Officer presents this report regarding defendant Michael St Pierre , who was placed under pretrial release supervision by the Honorable Donald Cabell, on 2/29/2024 under the following conditions:

1. The defendant must submit to supervision by and report for supervision to the U.S. Probation and Pretrial Services Office, telephone number 207-780-3358, no later than as directed.
2. Abide by the following restrictions on personal association, residence, or travel: No travel to the District of Massachusetts unless for Court/legal purposes with 72 hours' notice to supervising officer.
3. Avoid all contact, directly, or indirectly with any person who is or may be a victim or witness in the investigation or prosecution, including: Co-defendants identified in the complaint.
4. Not use alcohol at all.
5. Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C § 802, unless prescribed by a licensed medical practitioner. This provision does not permit the use of marijuana even with a prescription, without further permission of the Court or probation officer.
6. Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
7. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
8. Comply with all conditions in Penobscot County Docket #21-253 probation order. Shall not operate a motor vehicle under the influence of alcohol or drugs and shall not operate a motor vehicle unless unlawfully licensed to do so.

On February 10, 2025, his conditions were amended to include:

1. The defendant must reside at the residence of his daughter Macie St. Pierre in Maine. The

1

defendant may not move without permission of the court and US Probation.

2. The defendant is confined to Home Detention. Defendant is restricted to his residence at all times except for medical health treatment (court sanctioned treatment); attorney visits; and court appearances; approved in advance by the pretrial services office or supervising officer.

3. The defendant is placed on location monitoring technology as directed by the pretrial services or supervising officer. Defendant may not tamper with the equipment.

4. Previous conditions of release which are consistent with this order remain in effect. The defendant must submit to supervision by and report for supervision to US Probation and Pretrial Services. The defendant must obey all state and local laws.

5. The defendant must avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including but not limited to codefendants.

On May 5, 2025, U.S. Probation and Pretrial Services filed a petition and requested no action from the court.

On May 30, 2025, U.S. Probation and Pretrial Services filed a petition and requested a summons. The court scheduled a hearing for June 18, 2025. The petition alleges that the defendant tested positive for cocaine and THC on May 8, 2025. The positive tests were confirmed by the national lab. The supervising officer in the District of Maine administered another drug test on May 15, 2025, and that drug test was confirmed positive for cocaine, from the national lab. The defendant's daughter does not want the defendant to live at her residence due to her children being present in the home and Mr. St. Pierre testing positive for illicit substances. The defendant does not have a stable living situation.

Since the above noted conduct, our office was notified by the defendant's supervising officer of additional noncompliance. On June 3, 2025, a warrant in abeyance was activated for the defendant due to non-compliance with his location monitoring conditions, as detailed below.

On June 2, 2025, the supervising officer in the District of Maine notified our office that the defendant violated his home detention and had an unauthorized leave/enter. The defendant attended his niece's graduation without prior approval from probation. His supervising PO reminded him that he must provide details and wait for approval before leaving.

Later on June 2, 2025, the defendant informed his supervising officer that he was going to the hospital for medical care. The supervising officer received confirmation that the defendant was discharged that night from the hospital and did not return home.

Multiple attempts to contact and locate the defendant have been unsuccessful. As of June 3, 2025, the supervising officer in the District of Maine, the undersigned officer, and the defendant's daughter, have not heard from Mr. St. Pierre and do not know his whereabouts at this time.

**Petition for Action on Conditions of Pretrial Release**

2

PRAYING THE COURT WILL:

☐     Issue a warrant.

☐     Issue a summons for the defendant to appear for a show cause hearing.

☒     Other: This petition is being submitted to memorialize the existing warrant in abeyance being activated and to advise the Court of additional non-compliance, the latter of which should be addressed in conjunction with the non-compliance detailed in the May 30th, 2025, petition.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  6/3/2025          Place: Boston, Massachusetts

/s/ Meghan Montgomery          Date:  6/3/2025
Meghan Montgomery
U.S. Probation Officer Assistant

ORDER OF COURT

☐     Warrant to issue.
☐     Summons to issue. Clerk to schedule show cause hearing.
☐     Other:

Considered and ordered and ordered filed and made part of the record in the above case.

_____
Judicial Officer

3