AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of MASSACHUSETTS

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.     1:24-cr-10281-IT |
| | ) | |
| **Michael St. Pierre** | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Michael St. Pierre                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment         ❏ Superseding Indictment         ❏ Information     ❏ Superseding Information         ❏ Complaint

❏ Probation Violation Petition         ❏ Supervised Release Violation Petition         ❏ Violation Notice     X Order of the Court

This offense is briefly described as follows:

Violation of Condition of Release requiring compliance with electronic monitoring.

Date:     6/3/25

City and state:     Boston, Massachusetts

DONALD L. CABELL
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |