```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:<11395418@mad.uscourts.gov>
Subject:Activity in Case 1:24-cr-10281-IT USA v. Avalo et al (Redacted Notice)
```
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.**

**NOTE: This docket entry (or case) is sealed, no email notices have been sent.**

**United States District Court**

**District of Massachusetts**

## Notice of Electronic Filing

**The following transaction was entered on 6/5/2025 at 11:56 AM EDT and filed on 6/5/2025**
**Case Name:**        USA v. Avalo et al
**Case Number:**    1:24-cr-10281-IT
**Filer:**
**Document Number:** 192(No document attached)

**Docket Text:**
**Magistrate Judge Donald L. Cabell: ELECTRONIC ORDER entered as to Michael St. Pierre re [191] Pretrial Services/Probation - Request/Memo/Summons/Warrant. Warrant of Abeyance issued on 6/3/25. (NR)**

**1:24-cr-10281-IT-8** No electronic public notice will be sent because the case/entry is sealed.